*Granted
Susan J. Dlott
May 27, 2026*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

LAMARQUIS MACK,

      Plaintiff,

      v.

EQUIFAX INFORMATION SERVICES LLC,

      Defendant.

CASE NO. 1:26-cv-00382-SJD

JUDGE SUSAN J. DLOTT

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER

Defendant Equifax Information Services LLC ("Equifax"), by counsel, respectfully moves the Court for an extension of time within which Equifax may answer, move or otherwise respond to Plaintiff's Complaint, through and including June 12, 2026 and that any such responsive pleading by that date shall be deemed timely filed. The extension is sought so the parties can discuss a potential resolution of the case. The answer is currently due by May 22, 2026 without the requested extension. Plaintiff has consented to the requested extension.

Respectfully submitted,

/s/ David A. Wallace
David A. Wallace (0031356)
Tyler K. Ibom (0085928)
CARPENTER LIPPS LLP
280 North High Street, Suite 1300
Columbus, Ohio 43215
Telephone: (614) 365-4100
Facsimile: (614) 365-9145
wallace@carpenterlipps.com
ibom@carpenterlipps.com
Attorneys for Defendant
Equifax Information Services LLC