# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| LAMARQUIS MACK,<br><br>              Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC<br><br>              Defendant. | **Case No.:**  1:26-cv-00382-SJD<br><br> Honorable Susan J. Dlott<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

**NOTICE IS HEREBY GIVEN** that Plaintiff Lamarquis Mack ("Plaintiff") and Defendant Equifax Information Services, LLC, have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution. The parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter as to Defendant Equifax Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

//

1

RESPECTFULLY SUBMITTED on June 25, 2026

/s/ Levi Y. Eidelman
Levi Y. Eidelman, Bar No. 0104009
CONSUMER JUSTICE LAW FIRM PLC
72-47 139th Street
Flushing, New York 11367
T: (718) 360-0763
F: (480) 613-7733
E: leidelman@consumerjustice.com

*Attorney for Plaintiff Lamarquis Mack*

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2026 I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/ Amanda Dakroub*

2